

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

JASON B. JENDREWSKI
Direct Dial: 212-878-7952
Email Address: JJendrewski@FoxRothschild.com

March 30, 2021

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    *Fischler v. Bomani Cold Buzz, LLC* (1:21-cv-01568) (KPF) (BCM)
             **Request for Extension of Time to Respond to Complaint**
             **and for Adjournment of Initial Pretrial Conference**

Dear Judge Failla:

      We have been retained to represent Bomani Cold Buzz, LLC ("Bomani") in the above-referenced matter.  On behalf of Bomani, and with the consent of plaintiff Brian Fischler ("Plaintiff"), we respectfully request a 30-day extension of time for Bomani to respond to the Complaint and a 30-day adjournment of the Initial Pretrial Conference.  As we were recently retained, additional time is requested so that we may complete our investigation of Plaintiff's claims and prepare our defenses.  Additionally, the parties desire an opportunity to discuss this matter prior to the filing of a responsive pleading.

      This application is Bomani's first request for an extension of time for responding to the Complaint and for an adjournment of the Initial Pretrial Conference.  Bomani's response to the Complaint currently is due on April 2, 2021, and the Initial Pretrial Conference is scheduled to take place on April 15, 2021.  If granted, Defendant would respond to the Complaint by Monday, May 3, 2021, and the Initial Pretrial Conference would take place on or after Monday, May 17, 2021.  The requested extension and adjournment would not affect any other scheduled dates, except for the deadline for the parties' Joint Letter and Proposed Case Management Plan and Scheduling Order, which the parties would submit by the Thursday of the week prior to the Conference.

      We thank the Court for its consideration of our requests.

                                  Respectfully submitted,

                                  */s/ Jason B. Jendrewski*

                                  Jason B. Jendrewski

cc:      Christopher H. Lowe, Esq. (*via* ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

Active\121187846.v1